United States District Court
Southern District of Texas
**ENTERED**
June 08, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRAYAN PEREZ MACEDO, | § | CIVIL ACTION NUMBER |
| Petitioner, | § | 4:26-cv-04220 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| MARKWAYNE MULLIN, | § | |
| *et al*, | § | |
| Respondents. | § | |

## ORDER

The Government has moved to extend its response deadline to June 5th to 9th. Dkt 5. Petitioner filed a response in opposition and a motion for judgment on the pleadings for failure to show cause. Dkts 6 & 7.

The motion by the Government for extension of time is GRANTED. Dkt 5; see also Dkt 4 (prior order)

The Government is ORDERED to show cause with a filing that establishes the propriety of Petitioner's continued detention by June 9, 2026.

Petitioner may file any reply by June 12, 2026.

The motion by Petitioner for judgment on the pleadings is DENIED. Dkt 7.

SO ORDERED.

Signed on June 8, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge